

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2015

No. 04-15-00440-CV

Joe **GOMEZ** and Janie Gomez,
Appellants

v.

Thomas L. **DASHIELL**,
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-241-CCL
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

On June 29, 2015, appellants Joe Gomez and Janie Gomez file what this court construed as a notice of appeal from the county court's June 18, 2015 judgment of eviction. On July 6, 2015, appellants also filed an affidavit of inability to pay costs in this court. It appears appellants also filed the affidavit in the trial court. The affidavit was filed in the trial court with or before the notice of appeal as required. *See* Tex. R. App. P. 20.1 (c)(1). By order dated July 21, 2015, we ordered the clerk of this court to send copies of the affidavit and our order to the trial court, the trial court clerk, the court reporter, and all parties and/or counsel. *See* Tex. R. App. P. 20.1 (d)(2). We further ordered that anyone who desired to file a contest to the affidavit to file such contests in this court on or before July 31, 2015.

No contests were filed. Because no contests were filed, appellants were considered indigent for purposes of this appeal. Both the clerk's record and the reporter's record have been filed in this court. Accordingly, appellants brief was originally due September 11, 2015. Neither the brief nor a motion for extension of time was filed.

Based on the foregoing, on September 25, 2015, we ordered appellants to file their appellants' brief and a written response reasonably explaining their failure to timely file their brief in this court on or before October 5, 2015. On October 4, 2015, by way of informal communication, appellants notified this court that they would be filing their brief via facsimile. The next day, on October 6, 2015, appellants filed a letter, stating the reasons they failed to file a brief by the original due date was because (1) they had not received a court order to file a brief

by September 11, 2015 and (2) they have not had access to the internet. However, a brief has not been filed.

We therefore **order** appellants to file, **on or before October 26, 2015,** their appellants' brief and a written response reasonably explaining their failure to timely file the brief. If they fail to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). **Appellants are advised that no further extensions of time to file their brief will be granted absent written proof of extraordinary circumstances, and informal communications will not be considered as a substitute for a brief and written response reasonably explaining their failure to timely file the brief.**

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2015.

Keith E. Hottle
Clerk of Court